UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-20843
JUDGE GRAHAM

ANN MARIE FORBES,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO STRIKE DOCKET ENTRY NUMBER 3

Plaintiff, ANN MARIE FORBES, by and through undersigned counsel, hereby moves the Court to strike docket entry number 3, purporting to file a Notice of Dismissal Without Prejudice, electronically filed with the Court on June 12, 2009. The entry should be stricken because of a clerical error which resulted in the attachment of the wrong document. Upon the granting of this Motion, it is the intent of the Plaintiff to file the correct document with the Court.

Wherefore, Plaintiff respectfully requests that this Court strike Docket entry number 3.

                Respectfully submitted,

                THE WATFORD LAW FIRM, P.A.
                Co-Counsel for Plaintiff
                4000 Ponce de Leon Boulevard
                Suite 470
                Coral Gables, Florida 33146
                (305) 777-0331 – Office
                (786) 472-7093 – Facsimile

                /s/  Rebecca Watford
       BY:_____
                REBECCA B. WATFORD
                Fla. Bar No. 939722

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically via the Court's Electronic Case Filing System this 19th day of June, 2009, to Curtis J. Mase, Esq., Mase, Lara & Eversole, P.A., Brickell Bay View Center, Suite #2700, 80 Southwest 8th Street, Miami, Florida 33130; and via U.S. Mail to Judd G. Rosen, Esq., Goldberg & Rosen, P.A., facsimile no. (305) 374-8024, Mellon Financial Center, Suite #2180, 1111 Brickell Avenue, Miami, Florida 33131-3105.

THE WATFORD LAW FIRM, P.A.
Co-Counsel for Plaintiff
4000 Ponce de Leon Boulevard
Suite 470
Coral Gables, Florida 33146
(305) 777-0331 – Office
(786) 472-7093 – Facsimile

By: /s/ Rebecca Watford
REBECCA B. WATFORD
Fla. Bar No.: 939722